379 A.2d 591

Commonwealth v. Hunter, Appellant.

Submitted April 11, 1977. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.